**U.S. Bankruptcy Court**

**Eastern District of North Carolina**

In re:

**TEDDY DALE PARKER AND VICTORIA STONE PARKER**

    Debtor

**Bankruptcy Case No. 12–05848–8–SWH**

**MARGARET WESTBROOK, PARKER PLAN TRUSTEE**
**RREF BB ACQUISITIONS, LLC**

    Plaintiff

**Adversary Proceeding No. 17–00007–8–SWH**

v.

**TEDDY DALE PARKER**
**VICTORIA STONE PARKER ET. AL.**

    Defendant

*SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to file a motion or answer to complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days of issuance.

---

**Address of Clerk:**

    CLERK, U.S. BANKRUPTCY COURT

    EASTERN DISTRICT OF NORTH CAROLINA

    300 FAYETTEVILLE STREET, PO BOX 791

    RALEIGH, NC 27602

---

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

---

**Name and Address of Plaintiff's Attorney:**

    TERRI L. GARDNER

    4140 PARKLAKE AVENUE, SUITE 200

    RALEIGH, NC 27612

---

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued: September 8, 2017

*Stephanie J. Butler, Clerk Of Court*

CSD 3007

**continued caption:**

**Listing Of Defendant Names:**

TEDDY DALE PARKER

VICTORIA STONE PARKER

PO BOX 1366

LUMBERTON, NC 28359

PARKER MANUFACTURING 2, LLC

PARKER MANUFACTURING, INC.